IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 13-cr-00080-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KORIAN KENNY BASCOMBE,
a/k/a "K-Mac,"

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE
AS TO DEFENDANT KORIAN KENNY BASCOMBE**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture as to Defendant Korian Kenny Bascombe. The Court, having read said Motion and being fully advised in the premises finds:

On September 9, 2014, the United States and Defendant Korian Kenny Bascombe entered into a Plea Agreement and Stipulation of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, 18 U.S.C. § 924, and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Korian Kenny Bascombe's interest in the following is forfeited to the United States in accordance with 21 U.S.C. § 853, 18 U.S.C. § 924, and Rule 32.2(b) of the Federal Rules of Criminal Procedure:

- a. $7,746.00 in United States currency;
- b. Lorcin Model L-22, .22 caliber semi-automatic pistol with approximately 7 rounds of ammunition; and
- c. 2000 Cadillac DeVille, VIN 1G6KD54Y8YU180698, Colorado temporary license plate number 800813K;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via an official government website for at least thirty (30) consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

SO ORDERED this __24th__ day of September, 2014.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge