IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00080-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KORIAN KENNY BASCOMBE,
      a/k/a "K-Mac,"

        Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Superseding Indictment returned on June 18, 2013;

THAT a Preliminary Order of Forfeiture was entered on September 24, 2014;

THAT publication has been effected as required by Federal Rule of Criminal Procedure 32.2(b)(6)(C) and 21 U.S.C. § 853(n);

THAT, no Petition for Ancillary Hearing has been filed by any petitioner;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property:

    a.    $7,746.00 in United States currency;

    b.    Lorcin Model L-22, .22 caliber semi-automatic pistol with approximately 7 rounds of ammunition; and

    c.    2000 Cadillac DeVille, VIN 1G6KD54Y8YU180698, Colorado temporary license plate number 800813K.

shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this 23rd day of January, 2015.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge